Brian B. Williams OSB No.964594
bwilliams@hittandhiller.com
Tomas F. Osborne, OSB No. 164484
tosborne@hittandhiller.com
Hitt Hiller Monfils Williams LLP
411 SW 2nd Ave., Suite 400
Portland, OR 97204
(503) 228-8870
Attorneys for Defendant M&M Excavating, LLC

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| WILLIAM K. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> M&M EXCAVATING, LLC, a Washington ) <br> Limited Liability Corporation, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 6:20-cv-00196 <br><br> **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |

Pursuant to FRCP 41(a)(1)(A)(2), the parties hereby stipulate to a dismissal of this action, with prejudice, and without costs to any party.

DATED: December 3/ , 2020.

YAQUINA LAW LLC

_____
Adam C. Springer, OSB #112109
Attorney for Plaintiff

HITT HILLER MONFILS WILLIAMS LLP

_____
Brian B. Williams, OSB No. 964594
Attorney for Defendant

PAGE 1 – **STIPULATED GENERAL JUDGMENT OF DISMISSAL**