IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM K. JOHNSON,

                     Plaintiff,

      V.

M&M EXCAVATING, LLC,

                   Defendant.

6:20-cv-00196-MK

JUDGMENT

Based on the Stipulation of Dismissal (ECF No. 12), this is action is dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1)(A)(2).

Pending motions, if any, are denied as moot.  All pretrial deadlines, hearings, and any trial date are stricken.

Dated this 5th day of January 2021.

                              MARY L. MORAN
                              Clerk of Court

                              By:    /s/ J. Klein
                                      Deputy Clerk